IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GROVER KING; | |
|           Plaintiff, | **8:18CV79** |
|    vs. | |
| UNION PACIFIC RAILROAD COMPANY, | **ORDER** |
|           Defendant. | |

After conferring with counsel,

IT IS ORDERED that the Order for Initial Progression of Case, (Filing No. 11). Including all unexpired deadlines within it, is vacated.

August 7, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge